In the Matter of PAUL A., Respondent, v SHAUNDELL LL., Appellant. (And Three Other Related Proceedings.)

Submitted July 14, 2014; decided September 11, 2014

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed the Family Court order adjudging appellant in contempt, dismissed upon the ground that such portion of the order does not finally determine that proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHURCHILL ANDREWS, Appellant.

Submitted August 4, 2014; decided September 11, 2014

Motion for reargument denied [see 23 NY3d 605 (2014)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVON HARRIS, Appellant.

Submitted September 8, 2014; decided September 11, 2014

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT IZZO, Appellant.

Submitted September 8, 2014; decided September 11, 2014

Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KENNETH NEALON, Respondent.

Submitted September 8, 2014; decided September 11, 2014